IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>STORMI MILLS,<br>[DOB: 06/18/1980],<br><br>          Defendant. | No. 23-3137-01-CR-S-BCW<br><br>18 U.S.C. § 641<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**FORFEITURE ALLEGATION**<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461<br><br>$100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between on or about June 30, 2014, and February 28, 2021, said dates being approximate, in Christian County, Missouri, within the Western District of Missouri, and elsewhere, the defendant, **STORMI MILLS**, in a single scheme and course of conduct, willfully and knowingly stole and purloined funds deposited by the Social Security Administration to the Great Southern Bank account, account number ending XXXX4230, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATION

1. The allegations of this Information are hereby repeated and re-alleged as if fully set forth herein for the purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461.

2. Upon conviction of Count One of this Information, the United States intends to

pursue forfeiture of all property, real and personal, of defendant **MILLS**, obtained, directly or indirectly, as a result of the violations of law set out in the one count of this Information and which constitutes, is derived from, and is traceable to the proceeds obtained, directly or indirectly, from the criminal conduct alleged in the Information.

3. Specifically subject to forfeiture is a monetary judgment that constitutes the sum of the aggregate proceeds of the fraudulent scheme in United States currency that defendant **MILLS** received from the commission of the offense alleged in the Information in the amount of no more than **$49,603.00.**

4. If any of the property described in the above paragraph, as a result of any act or omission of the defendant,

    (A) cannot be located upon the exercise of due diligence;

    (B) has been transferred to, sold to, or deposited with a third person;

    (C) has been placed beyond the jurisdiction of the Court;

    (D) has been substantially diminished in value; and/or

    (E) has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

2

Case 6:23-cr-03137-BCW   Document 3   Filed 11/30/23   Page 2 of 3

property of the defendant up to the value of the property described in paragraph 4 above, or elsewhere, as being subject to forfeiture.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

/s/ Patrick C.
PATRICK A. N. CARNEY
Assistant United States Attorney

DATED: 11/30/2023
Springfield, Missouri

3